MELINDA HAAG (CABN 132612)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX:     (415) 436-6748
    E-mail:  melanie.proctor@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GIRLIE BELTRAN, | ) | No. C 11-3147 SBA |
|     Petitioner, | ) ) ) | |
| v. | ) ) | JOINT MOTION TO TRANSFER VENUE |
| TIMOTHY AIKEN, Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, *et al.*, | ) ) ) ) ) | |
|     Respondents. | ) ) | |

///
///
///
///
///
///
///
///
///

JOINT MOTION TO TRANSFER VENUE
No. C 11-3147 SBA

On June 24, 2011, Petitioner Girlie Beltran ("Petitioner") filed a habeas petition and ex parte application for stay of deportation. However, custody decisions regarding petitioner are made by the Sacramento Field Office; accordingly, the parties hereby jointly move the Court to transfer this action to the Eastern District of California.

Dated: June 28, 2011         Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Respondents

Dated: June 28, 2011

/s/
MATTHEW MULLER
Attorney for Petitioner

### PROPOSED ORDER

Pursuant to the joint motion of the parties, IT IS SO ORDERED. This action is hereby transferred to the Eastern District of California.

Dated: 6/30/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I obtained the concurrence of all signatories represented by a conformed (/s/) signature in the filing of this document.

JOINT MOTION TO TRANSFER VENUE
No. C 11-3147 SBA