IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GIRLIE BELTRAN,

        Petitioner,                  No. 2: 11-cv-1857 KJN P

    vs.

TIM AITKEN, et al.,

        Respondents.        <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent's October 7, 2011 motion to dismiss is noticed for hearing before the undersigned on November 10, 2011. Petitioner has not filed an opposition.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The November 10, 2011 hearing regarding respondent's motion to dismiss is vacated;

////

////

////

////

////

1

2. On or before November 10, 2011, petitioner shall show cause why sanctions should not be imposed for her failure to oppose respondent's motion to dismiss; petitioner shall also file her opposition to respondent's motion within that time; failure to respond to this order will result in a recommendation of dismissal of this action.

DATED: November 2, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bel1857.osc