1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GIRLIE BELTRAN,

11            Petitioner,                    No. 2: 11-cv-1857 KJN P

12       vs.

13   TIM AITKEN, et al.,                     ORDER AND

14            Respondents.                   FINDINGS AND RECOMMENDATIONS

15   _____/

16            Petitioner is proceeding, through counsel, with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2241.  On October 7, 2011, respondent filed a motion to dismiss for lack

18   of jurisdiction.  On November 3, 2011, the undersigned ordered petitioner to show cause for her

19   failure to oppose respondent's motion.  On November 11, 2011, petitioner filed a response to the

20   show cause order and a statement of non-opposition to respondent's motion.  Good cause

21   appearing, the order to show cause is discharged and the undersigned recommends that

22   respondent's unopposed motion to dismiss be granted.

23            Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint

24   a district judge to this action; and

25   ////

26   ////

1

1    IT IS HEREBY RECOMMENDED that respondent's motion to dismiss (Dkt. No.

2   13) be granted.

3    These findings and recommendations are submitted to the United States District

4   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

5   one days after being served with these findings and recommendations, any party may file written

6   objections with the court and serve a copy on all parties.  Such a document should be captioned

7   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

8   objections shall be filed and served within fourteen days after service of the objections.  The

9   parties are advised that failure to file objections within the specified time may waive the right to

10  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

11  DATED:  November 16, 2011

12

13  _____

    KENDALL J. NEWMAN

14  UNITED STATES MAGISTRATE JUDGE

15  bel1857.mtd

16

17

18

19

20

21

22

23

24

25

26